IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HAROLD LEROY FISHER, JR.,

                      Petitioner,

    v.

CAROL HOLINKA, Warden,

                      Respondent.

MEMORANDUM

3:07-cv-639-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated December 31, 2007, I granted petitioner Harold Leroy Fisher leave to proceed in forma pauperis in this petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241, on the condition that he pay $.22 of the $5 filing fee. Petitioner has until January 22, 2008, in which to make the payment. Now petitioner has submitted a letter in which he states that he has "documents from the courts and the Federal Bureau of Prisons that will prove [his] claim for relief." He asks when it will be appropriate for him to file these documents.

      As an initial matter, I note that petitioner's petition already includes several attached documents. From the petition and its attachments, the district court will decide whether it is appropriate to issue an order for the government to show cause why petitioner's petition

1

should not be granted. Although it may be that additional documents are unnecessary, if petitioner believes that the factual statements he has made in his petition coupled with the current attachments to his petition are inadequate to allow the court to understand why he believes his presently custody is illegal, he is free to submit the additional documents so that the court receives them no later than January 22, 2008.

      Entered this 11th day of January, 2008.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge