IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HAROLD LEROY FISHER, JR.,

                Petitioner,

    v.

CAROL HOLINKA, Warden,

                Respondent.

ORDER

07-cv-639-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      More than two years ago, the court denied petitioner Harold Leroy Fisher, Jr.'s petition for a writ of habeas corpus on his claim that he was improperly denied credit on his federal sentence. Dkt. #25 (judgment entered June 3, 2008). Petitioner appealed, and more than a year ago, lost on appeal. Dkt. #37 (judgment from court of appeals, entered May 18, 2009). Recently, petitioner decided to raise new challenges, moving for recusal and for relief from judgment under Fed. R. Civ. P. 60. However, I denied those motions, explaining in detail why recusal was not appropriate and explaining that none of petitioner's Rule 60 challenges could succeed because they came too late and because his allegations of fraud were inadequate. Now before the court are petitioner's motions for reconsideration of the denial of his motions for recusal and for relief from judgment, dkts. ##41 and 42. I have reviewed

1

petitioner's latest round of arguments and remain unpersuaded that it was error to deny the motions for recusal and for relief from judgment. Therefore, petitioner's motions for reconsideration, dkts. ##41 and 42, are DENIED.

Entered this 7th day of June, 2010.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge